**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal Case No.  15-MJ-00103-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**1.  KELVIN SILAS,**

**Defendant.**

---

### ORDER RE: DEFENDANT'S NOTICE OF DISPOSITION AND MOTION FOR CHANGE OF PLEA HEARING [DOC. #20]

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Court has reviewed the Defendant's Notice of Disposition and Motion for Change of Plea Hearing [Doc. #20], and

**IT IS HEREBY ORDERED** that Defendant's Motion is GRANTED and a Change of Plea Hearing is set for March 24, 2015 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the Motions hearing set for March 24, 2015 at 9:00 a.m. is VACATED and the Jury Trial set for April 7, 2015 at 8:30 a.m. is VACATED.

**DATED: March 6, 2015.**

                              **BY THE COURT:**

                              **s/David L. West**
                              **United States Magistrate Judge**